# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

158149

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

SHELTON CARTER,
      Defendant-Appellant.

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 158149
COA: 342126
Wayne CC: 08-016290-FC

_____/

On order of the Court, the application for leave to appeal the June 27, 2018 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

t0225